## OPINIONES PER CURIAM ETC., DESDE

## OCTUBRE 31, 1899, HASTA JUNIO 8, 1903.

No. 6. Sucesión Tossas *v.* Alvarado Hermanos Et Al. —Casación procedente de la Sección 1ª de la Corte Suprema de Justicia. Resuelto en Octubre 31, 1899. Se declaró no haber lugar á admitir el recurso por haber opinado tres abogados que era improcedente, habiendo devuelto los autos el Fiscal con la nota de *visto*, sin interponer el recurso. Abogado de los recurrentes: *Sr. Rossy (Manuel F.)* Abogado del recurrido; *Sr. Cuevillas.*

No. 7. Roses y Ca. *v.* Maristani.—Casación procedente de la Sección 1ª de la Corte de Distrito de Arecibo. Resuelto en Noviembre 22, 1899. Desistido por convenio de las partes. Abogado de los recurrentes: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Acuña (Francisco de P.)*

No. 6. Bayron *v.* Fernandez y Ca.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Agosto 7, 1900. Desistido á instancias de la parte recurrente. Abogado de los recurrentes: *Sr. Cuevillas.* Abogado de los recurridos: *Sr. Diaz Navarro.*